| | | |
|---|---|---|
| Label Matrix for local noticing<br>0755-1<br>Case 18-10502-reg<br>Northern District of Indiana<br>Fort Wayne Division<br>Tue Apr 17 12:57:38 EDT 2018 | Access Holdings, LLC<br>c/o Midwest Recovery Systems<br>2747 W. Clay St., Ste. A<br>Saint Charles, MO 63301-2557 | Allen County Treasurer<br>1 East Main Street Suite 104<br>Fort Wayne IN  46802-1888 |
| Associated Anesthesiologists of FW<br>c/o Snow & Sauerteig<br>203 East Berry Street, Suite 1100<br>Fort Wayne, IN 46802-2715 | Associated Pathologists<br>c/o Path Group<br>P.O. Box 530814<br>Atlanta, GA 30353-0814 | Bank of New York Mellon<br>8742 Lucent Blvd., Ste. 300<br>Littleton, CO 80129-2386 |
| Blue Trust Loans<br>c/o Hummingbird Funds, LLC<br>9790 North County Road K<br>Hayward, WI 54843-4251 | R. David Boyer II<br>110 West Berry St. Ste. 1910<br>Fort Wayne, IN 46802-2368 | Capital One Bank<br>P.O. Box 6492<br>Carol Stream, IL 60197-6492 |
| Checksmart<br>1010 West Coliseum Blvd.<br>Fort Wayne, IN 46808-1289 | City Utilities<br>200 East Berry Street<br>Suite 130<br>Fort Wayne, IN 46802-2733 | Community Health Systems<br>c/o Mira Medical Revenue Group<br>Department 77304<br>P.O. Box 77000<br>Detroit, MI 48277-0304 |
| Credit One Credit/Visa<br>P.O. Box 60500<br>City of Industry, CA 91716-0500 | Direct TV<br>P.O. Box 5007<br>Carol Stream, IL 60197-5007 | Dupont Hospital<br>c/o Professional Account Services, Inc.<br>P.O. Box 188<br>Brentwood, TN 37024-0188 |
| Dupont Hospital<br>c/o Snow & Sauerteig<br>203 East Berry Street, Suite 1100<br>Fort Wayne, IN 46802-2715 | ENT<br>c/o Attorney Daniel L. Lauer<br>127 West Berry Street<br>Fort Wayne, IN 46802-2315 | Carol A. Easterday<br>4620 Anglers Lane<br>Fort Wayne, IN 46808-3508 |
| Fort Wayne Dermatology Consultants<br>5750 Falls Drive<br>Fort Wayne, IN 46804-7147 | Franklin Credit<br>101 Hudson Street, 25th Floor<br>Jersey City, NJ 07302-3984 | (p)FRONTIER COMMUNICATIONS<br>BANKRUPTCY DEPT<br>19 JOHN STREET<br>MIDDLETOWN NY 10940-4918 |
| Nancy J. Gargula<br>100 East Wayne Street, 5th Floor<br>South Bend, IN 46601-2349 | Hospital Care Group<br>c/o Total Recovery Services, Inc.<br>11623 Coldwater Road<br>Fort Wayne, IN 46845-1274 | Hospital Care Group PC<br>6435 West Jefferson Blvd., PMB 109<br>Fort Wayne, IN 46804-6203 |
| Indiana Department of Revenue<br>Bankruptcy Section - MS 108<br>100 North Senate Avenue, N240<br>Indianapolis IN 46204-2231 | Indiana Employment Security Division<br>10 North Senate Street<br>Indianapolis, IN 46204-2201 | Jessica Sharon Owens<br>Anselmo Lindberg Oliver LLC<br>1771 W. Diehl Rd., Ste. 120<br>Naperville, IL 60563-4917 |
| LabCorp<br>P.O. Box 2240<br>Burlington, NC 27216-2240 | Lutheran Health Network<br>c/o Bank of America Processing Center<br>15682 Collections Center Drive<br>Chicago, IL 60693-0156 | Lutheran Health Network<br>c/o Bank of America Processing Center<br>15691 Collections Center Drive<br>Chicago, IL 60693-0156 |

| | | |
|---|---|---|
| Lutheran Hospital<br>15691 Collections Center Drive<br>Chicago, IL 60693-0156 | Lutheran Hospital<br>c/o PASI<br>P.O. Box 188<br>Brentwood, TN 37024-0188 | Lutheran Hospital<br>c/o Snow & Sauerteig<br>203 East Berry Street, Suite 1100<br>Fort Wayne, IN 46802-2715 |
| Lutheran Hospital<br>c/oPASI<br>P.O. Box 188<br>Brentwood, TN 37024-0188 | Lutheran Medical Group<br>P.O. Box 4852<br>Belfast, ME 04915-4852 | Medical Life Watch<br>c/o Miramed Revenue Group<br>360 East 22nd Street<br>Lombard, IL 60148-4924 |
| Morgan Creek Community Association<br>c/o Thomas Law Firm<br>11623 Coldwater Road, Suite 104<br>Fort Wayne, IN 46845-1282 | NIPSCO<br>P.O. Box 13013<br>Merrillville, IN 46411-3013 | Ossip Optometry<br>9795 Crosspoint Blvd., Suite 100<br>Indianapolis, IN 46256-3348 |
| PASI<br>PO Box 188<br>Brentwood, TN 37024-0188 | PMB/Emergency Medicine of IN, LLC<br>7619 West Jefferson Blvd.<br>Fort Wayne, IN 46804-4133 | Personal Finance/Mariner<br>6027 North Clinton Street<br>Fort Wayne, IN 46825-4903 |
| Plain Green, LLC<br>93 Mack Road, Suite 600<br>P.O. Box 270<br>Box Elder, MT 59521-0270 | Progressive<br>256 West Data Drive<br>Draper, UT 84020-2315 | RediMed<br>c/o Snow & Sauerteig<br>203 East Berry Street., 1100<br>Fort Wayne, IN 46802-2715 |
| Regional Finance Corp.<br>P.O. Box 830913<br>Birmingham, AL 35283-0913 | Martin E. Seifert<br>444 East Main Street<br>Fort Wayne, IN 46802-1911 | Snow & Sauerteig<br>203 E. Berry Street , Suite 1100<br>Fort Wayne, IN 46802-2715 |
| Specialized Loan Servicing<br>8742 Kucent Blvd.<br>Suite 300<br>Highlands Ranch, CO 80129-2386 | Summit Radiology, PC<br>c/o Snow & Sauerteig LLP<br>203 East Berry Street, Suite 1100<br>Fort Wayne, IN 46802-2715 | Sunil Ramrakhian, MD<br>c/o Luthern Health Network<br>7900 West Jefferson Blvd., Suite 201<br>Fort Wayne, IN 46804-4128 |
| Total Recovery Services, Inc.<br>c/o Thomas Law Firm, PC<br>11623 Coldwater Road, Suite 104<br>Fort Wayne, IN 46845-1282 | TruGreen<br>c/o America Profit Recovery<br>34505 West 12 Mile Road, Suite 333<br>Farmington, MI 48331-3288 | |

**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

Frontier Communications
19 John Street
Middletown, NY 10940

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Lutheran Hospital<br>15691 Collections Center Drive<br>Chicago, IL 60693-0001 | (d)Lutheran Hospital<br>15691 Collections Center Drive<br>Chicago, IL 60693-0156 | End of Label Matrix<br>Mailable recipients   52<br>Bypassed recipients    2<br>Total                 54 |

Case 18-10502-reg    Doc 13    Filed 04/17/18    Page 3 of 3