# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| CAROL A. EASTERDAY | ) | CASE NO. 18-10502 |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

## AGREED ORDER

Comes now Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-11 ("Bank of New York"), by counsel, and the Chapter 7 Trustee and agree as follows:

1. Bank of New York filed a Motion for Relief from Automatic Stay and Abandonment of Real Property [DKT #10] on April 17, 2018, seeking relief form the automatic stay and abandonment of the real estate located at 4620 Anglers Lane, Fort Wayne, IN 46808.

2. The Chapter 7 Trustee objected to the motion on May 1, 2018.

3. As of May 18, 2018, no other party filed an objection or response to Bank of New York's motion.

4. The automatic stay of this proceeding is modified in order to permit Bank of New York to foreclose its mortgage against the real estate located at 4620 Anglers Lane, Fort Wayne, IN 46808 by proceeding up to a judgment of foreclosure.

5. Bank of New York may not request a sheriff's sale of the real estate located at 4620 Anglers Lane, Fort Wayne, IN 46808 until after the real estate has been abandoned from the bankruptcy estate.

1

- 2 -

6.  The real estate located at 4620 Anglers Lane, Fort Wayne, IN 46808 shall be abandoned from the bankruptcy estate on December 31, 2018, without further order from the Court. Bank of New York may request a sheriff's dale of the real estate after December 31, 2018.

**SO ORDERED THIS:** July 03, 2018

*/s/ Robert E. Grant*
**JUDGE, UNITED STATES BANKRUPTCY COURT**

**Reviewed and Approved:**

/s/ Martin E. Seifert
Martin E. Seifert
Chapter 7 Trustee
444 East Main Street
Fort Wayne, IN 46802
Telephone: (260) 426-0444
Email: mseiferttrustee@hallercolvin.com

/s/ David M Bengs
David M. Bengs, I.D. #16646-20
2110 North Calumet Avenue
Valparaiso, IN 46383
Telephone: (219) 462-5104
Email: dbengs@mlg-defaultlaw.com